**February 7, 2012**

Nkrumah v. Doe, et al., Case No. 3:10-CV-681 (RNC)

Order Regarding Motion for Summary Judgment by Defendants Palombo, Dicine, Rell and State of Connecticut (doc. 32):

The motion for summary judgment is hereby granted in full, in the absence of opposition or response of any kind, for substantially the reasons stated by the defendants.  The record establishes that the claims against defendants Palombo and Dicine are barred by  prosecutorial immunity because they acted in their role as prosecutors with regard to the events alleged in the complaint. See Imbler v. Pachtman, 424 U.S. 409, 427, 430 (1976).  The claims against former Governor Rell are legally insufficient because she had no personal involvement in the prosecution.  See Williams v. Smith, 781 F.2d 319, 323-24 (2d Cir. 1986).  The claims against the State of Connecticut are barred by the Eleventh Amendment to the United States Constitution.  Accordingly, all claims against these four defendants will be dismissed.  So ordered.

                                    /s/ RNC
                             Robert N. Chatigny, U.S.D.J.